Daniel Feinberg– CA State Bar No. 135983
Email: dan@feinbergjackson.com
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison St., Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994

R. Joseph Barton – CA State Bar No. 212340
Email:  jbarton@blockesq.com
BLOCK & LEVITON LLP
1735 20th Street, N.W.
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CAROL FOSTER and THEO FOREMAN, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ADAMS AND ASSOCIATES, INC., ROY A. ADAMS, LESLIE G. ADAMS, DANIEL B. NOREM, and ALAN M. WEISSMAN,<br><br>        Defendants. | Case No. 18-cv-02723-JSC<br><br>**STATEMENT NOTING DEATH OF DEFENDANT ALAN M. WEISSMAN** |

1    Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiffs Carol Foster and Theo

2    Foreman note upon the record the death of Defendant Alan M. Weissman.

3

4    Dated: September 4, 2018                    Respectfully submitted,

5
                                               FEINBERG, JACKSON,
6                                              WORTHMAN & WASOW LLP

7                                              */s/ Daniel Feinberg*
                                               Daniel Feinberg
8                                              Email: dan@feinbergjackson.com
                                               FEINBERG, JACKSON,
9                                              WORTHMAN & WASOW LLP
                                               2030 Addison St., Suite 500
10                                             Berkeley, CA 94704
                                               Tel: (510) 269-7998
11                                             Fax: (510) 269-7994

12
                                               R. Joseph Barton
13                                             Email:  jbarton@blockesq.com
                                               BLOCK & LEVITON LLP
14                                             1735 20th Street, N.W.
                                               Washington, DC 20009
15                                             Tel: (202) 734-7046
                                               Fax: (617) 507-6020
16

17                                             *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

1                                  CASE NO. 18-cv-02723-JSC