| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| CAROL FOSTER and THEO FOREMAN, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADAMS AND ASSOCIATES, INC., ROY A. ADAMS, LESLIE G. ADAMS, DANIEL B. NOREM, JOY CURRY NOREM and THE DANIEL NOREM REVOCABLE TRUST DATED JANUARY 9, 2002,<br><br>Defendants. | Case No. 18-cv-02723-JSC<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

  Pursuant to the Court's February 11, 2022 ORDER RE: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; MOTIONS FOR ATTORNEY'S FEES, COSTS, AND INCENTIVE AWARDS ("the Final Approval Order") (ECF No. 244), it is hereby ORDERED, ADJUDGED, and DECREED as follows:

  1. Pursuant to Rule 23(c)(3), the members of the Class for purposes of this Judgement are those persons meeting the definition of the Class as certified by the Court's order of October 21, 2021 (ECF No. 233 at 2, 5) as follows:

> All participants of the Adams and Associates ESOP from October 25, 2012 to December 31, 2020 who vested under the terms of the Plan and those participants' beneficiaries.

Excluded from the Class are Defendants and their immediate family, any fiduciary of the Plan; the officers and directors of Adams and Associates or of any entity in which a Defendant has a controlling interest; and legal representatives, successors, and assigns of any such excluded persons.

  2. The Court has jurisdiction over the subject matter of the Settlement Agreement with respect to and over all the parties to the Settlement Agreement, including members of the Class and to dismiss claims alleged in the Complaint with prejudice.

  3. Plaintiffs, Class Counsel, and Defendants are hereby directed to implement and consummate the Settlement Agreement according to its terms and provisions, subject to the Final Approval Order and Final Judgment and the Plan of Allocation, which the Court has determined is fair, reasonable and adequate.

  4. Without affecting the finality of the Final Approval Order and Final Judgment in any way, the Court reserves exclusive jurisdiction as to all matters relating to (a) enforcement, interpretation and implementation of the Settlement Agreement or the Plan of Allocation; (b) disposition of the Settlement Fund; (c) the payment of or division of attorneys' fees, reimbursement of expenses, and class representative service awards, and (d) administration of the Settlement Fund, and (e) enforcement of any order of this Court.

  5. The Court hereby dismisses this Action with prejudice. The Clerk of Court is

1  directed to close this case.

2  SO ORDERED THIS __14th_ DAY OF __March___, 2022

  _____
  **HON. JACQUELINE SCOTT CORLEY**
  **UNITED STATES MAGISTRATE JUDGE**